### Ex parte Robert W. CULLOM.

### No. 38467.

Court of Criminal Appeals of Texas.

Nov. 17, 1965.

No attorney of record of appeal for appellant.

Henry Wade, Dist. Atty., Ben Ellis and W. John Allison, Jr., Asst. Dist. Attys., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

McDONALD, Presiding Judge.

Appellant, relator in the court below, was arrested and taken into custody by virtue of the executive warrant of the Governor of this State, issued upon the requisition of the Governor of the State of New Mexico, where appellant and others allegedly "did knowingly combine with each other for the purpose of committing a felony, to-wit, defrauding."

Appellant challenged the legality of his arrest and subsequent restraint by writ of habeas corpus before the Judge of the Criminal District Court No. 4 of Dallas County who, after a hearing, denied relief and remanded appellant to the custody